Thomas E. Duckworth [SBN 152369]
Mark C. Peters [SBN 160611]
**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail: tom@dplolaw.com

Attorneys for Plaintiff Brad Hurst

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD HURST, | **Case No. CV11 1379 EMC** |
| Plaintiff, | |
| v. | **JOINT REQUEST FOR A SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE** |
| BUCZEK ENTERPRISES, LLC, and | ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE |
| DOES 1-25, | |
| Defendants. | |
| And Related Counterclaim | |

The parties file this joint request for a Settlement Conference with a Magistrate Judge in the above referenced case. At the July 8, 2011 Case Management Conference, the parties stipulated to private mediation but have recently agreed to a Settlement Conference. The parties next Case Management Conference is currently scheduled for November 8, 2011.

/ / /

/ / /

/ / /

{1368307.DOC;}                              1                              Case No. CV11 1379 EMC

| | |
|---|---|
| Dated:  October 7, 2011 | Respectfully submitted, |
| | **DUCKWORTH PETERS LEBOWITZ OLIVIER LLP** |
| | By:  /s/ Thomas E. Duckworth |
| | Thomas E. Duckworth |
| | Attorneys for Brad Hurst |
| Dated:  October 7, 2011 | **WEINTRAUB GENSHLEA CHEDIAK** |
| | Law Corporation |
| | By:  /s/ Nathan H. Geronimo |
| | Nathan H. Geronimo |
| | Attorneys for Buczek Enterprises LLC |

IT IS SO ORDERED that this matter is referred to a magistrate judge for settlement conference.  Settlement conference is to be completed within 90 days.

_____
Edward M. Chen
United States District Judge

Dated:



{1368307.DOC;}　　　　　　　　　2　　　　　　　　Case No. CV11 1379 EMC