1  Alden J. Parker, State Bar No. 196808
   Leeh A. DiBello, State Bar No. 214349
2  **weintraub** genshlea chediak
   **tobin** & tobin
3  LAW CORPORATION
   475 Sansome Street, Suite 1800
4  San Francisco, CA  94111
   Telephone:     415/433.1400
5  Facsimile:     415/433.3883

6  Attorneys for Buczek Enterprises, LLC

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  BRAD HURST,                            ) Case No. CV 11 1379 EMC
                                           )
12                 Plaintiff,              ) **JOINT STIPULATION REGARDING**
                                           ) **BRIEFING SCHEDULE FOR MOTIONS**
13          v.                             ) **FOR SUMMARY JUDGMENT [FRCP**
                                           ) **56(a)]**
14  BUCZEK ENTERPRISES, LLC, and DOES      )
    1-25,                                  )
15                                         ) **ORDER**
                                           )
16                 Defendants.             )
                                           )
17                                         )
                                           )
18                                         )
                                           )
19                                         )
                                           )
20  _____   )
                                           )
    AND RELATED COUNTERCLAIM               )
21                                         )

22

23       Following a meet and confer, Thomas Duckworth, Esq., on behalf of Plaintiff and Cross-

24  Defendant, Brad Hurst, and Alden J. Parker, Esq., on behalf of Defendant and Cross-Complaint,

25  Buczek Enterprises, LLC, entered into a Stipulation, regarding a briefing schedule, concerning

26  each of their respective Motions for Summary Judgment [FRCP 56(a)].

27       THE PARTIES HEREBY STIPULATE AS FOLLOWS:

28
                                           1
   {1461736.DOC;}                                        **CASE NO. CV11 1379 EMC**
        **JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS FOR**
                      **SUMMARY JUDGMENT [FRCP 56(a)]**

*(left margin, vertical text)* **weintraub** genshlea chediak **tobin** & tobin LAW CORPORATION

1    Both of the parties' Motions for Summary Judgment will be heard on **April 27, 2012** at

2    450 Golden Gate Avenue, San Francisco, California 94102, in Courtroom 5, 17th Floor, of the

3    United States District Court, Northern District of California.

4    The parties' moving papers shall be filed on or before **March 13, 2012**.  The parties shall

5    electronically serve their moving papers.

6    Oppositions to the Motions for Summary Judgment will be filed on or before **April 3,**

7    **2012**.  The parties shall electronically serve their moving papers.

8    All reply briefs will be filed on or before **April 13, 2012**.  The parties shall electronically

9    serve their moving papers.

10    IT IS SO STIPULATED:

11

12    Dated: March 13, 2012                    DUCKWORTH, PETERS, LEBOWITZ,
                                              OLIVER, LLP
13

14

15                                            By:_____/s/_____
                                              THOMAS DUCKWORTH, ESQ.
16                                            Attorneys for Brad Hurst

17    Dated: March 13, 2012                   **weintraub** genshlea chediak
                                              **tobin** & tobin
18                                            LAW CORPORATION

19

20                                            By:_____/s/_____
                                              ALDEN J. PARKER, ESQ.
21                                            Attorneys for Buczek Enterprises, LLC

22

23    IT IS SO ORDERED:

24                3/14/12
      Date:_____
25

26

27

28
      {1461736.DOC;}                                              CASE NO. CV11 1379 EMC
                        **JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS FOR**
                                    **SUMMARY JUDGMENT [FRCP 56(a)]**

*weintraub* genshlea chediak **tobin** & tobin LAW CORPORATION

IT IS SO ORDERED

Judge Edward M. Chen