Alden J. Parker, State Bar No. 196808
Leeh A. DiBello, State Bar No. 214349
**weintraub** genshlea chediak
**tobin** & tobin
LAW CORPORATION
475 Sansome Street, Suite 1800
San Francisco, CA  94111
Telephone:     415/433.1400
Facsimile:     415/433.3883

Attorneys for Buczek Enterprises, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD HURST,<br><br>               Plaintiff,<br><br>     v.<br><br>BUCZEK ENTERPRISES, LLC, and DOES 1-25,<br><br>               Defendants.<br><br>_____<br><br>AND RELATED COUNTERCLAIM | Case No. CV 11 1379 EMC<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT [FRCP 56(a)]**<br><br>  ORDER |

Following a meet and confer, Thomas Duckworth, Esq., on behalf of Plaintiff and Cross-Defendant, Brad Hurst, and Alden J. Parker, Esq., on behalf of Defendant and Cross-Complaint, Buczek Enterprises, LLC, entered into a Stipulation, regarding a briefing schedule, concerning each of their respective Motions for Summary Judgment [FRCP 56(a)].

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1

**weintraub** genshlea chediak
**tobin** & tobin
LAW CORPORATION

weintraub genshlea chediak
tobin & tobin
LAW CORPORATION

1   Both of the parties' Motions for Summary Judgment will be heard on **April 27, 2012** at

2   450 Golden Gate Avenue, San Francisco, California 94102, in Courtroom 5, 17th Floor, of the

3   United States District Court, Northern District of California.

4   The parties' moving papers shall be filed on or before **March 13, 2012**.  The parties shall

5   electronically serve their moving papers.

6   Oppositions to the Motions for Summary Judgment will be filed on or before **April 3,**

7   **2012**.  The parties shall electronically serve their moving papers.

8   All reply briefs will be filed on or before **April 13, 2012**.  The parties shall electronically

9   serve their moving papers.

10   IT IS SO STIPULATED:

11

12   Dated:  March 13, 2012          DUCKWORTH, PETERS, LEBOWITZ,
                                    OLIVER, LLP
13

14

15                                 By:_____/s/_____
                                     THOMAS DUCKWORTH, ESQ.
16                                   Attorneys for Brad Hurst

17   Dated: March 13, 2012          **weintraub** genshlea chediak
                                    **tobin** & tobin
18                                  LAW CORPORATION

19

20                                 By:_____/s/_____
                                     ALDEN J. PARKER, ESQ.
21                                   Attorneys for Buczek Enterprises, LLC

22

23   IT IS SO ORDERED:

24                  3/14/12
25   Date:_____

26

27

28

{1461736.DOC;}

**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS FOR
SUMMARY JUDGMENT [FRCP 56(a)]**

CASE NO. CV11 1379 EMC

IT IS SO ORDERED

Judge Edward M. Chen