**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAD HURST,                                         No. C-11-1379 EMC

       Plaintiff,

    v.                                             **ORDER RE PARTIES' JOINT LETTER**
                                        **OF MARCH 26, 2012**

BUCZEK ENTERPRISES, LLC,

                                        **(Docket No. 41)**

       Defendant.

_____/

Having received the parties' letter of March 26, 2012, the Court hereby orders as follows.

       1.     The Subpoena for Plaintiff's employment record with the East Contra Costa Fire district is quashed.

       2.     Plaintiff shall answer questions regarding tax write-offs.

This order disposes of Docket No. 41.

IT IS SO ORDERED.

Dated:  April 3, 2012

_____
EDWARD M. CHEN
United States District Judge