UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAD HURST,                                    No. C-11-1379 EMC

             Plaintiff,

       v.                                      **ORDER RE PARTIES' JOINT LETTER
                                               OF MARCH 26, 2012**

BUCZEK ENTERPRISES, LLC,
                                               **(Docket No. 41)**
             Defendant.
_____/

       Having received the parties' letter of March 26, 2012, the Court hereby orders as follows.

       1.      The Subpoena for Plaintiff's employment record with the East Contra Costa Fire
district is quashed.

       2.      Plaintiff shall answer questions regarding tax write-offs.

       This order disposes of Docket No. 41.


       IT IS SO ORDERED.


Dated:  April 3, 2012

                                               _____
                                               EDWARD M. CHEN
                                               United States District Judge