**United States District Court**
For the Northern District of California

1
2
3
4
5                     UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8   BRAD HURST,                              No. C-11-1379 EMC

9          Plaintiff,

                                             **ORDER RE DEFENDANT'S LETTER**
10      v.                                   **OF APRIL 3, 2012 AND PARTIES'**
                                             **JOINT LETTER OF APRIL 4, 2012**
11  BUCZEK ENTERPRISES, LLC,
                                             **(Docket Nos. 44, 46)**
12         Defendant.
    _____/
13

14

15          Having received the parties' letters of April 3, 2012, and April 4, 2012, the Court hereby

16  orders as follows.

17          1.      The subpoena upon Mr. Gomez shall be enforced.  Bucsez shall apply for an

18  order to show cause why contempt citation should be not issued.

19          2.      The motion to compel Mr. Hurst's tax returns and documentation is denied.

20  This order disposes of Docket Nos. 44 and 46.

21

22          IT IS SO ORDERED.

23

24  Dated:  April 5, 2012

25
                                             _____
26                                           EDWARD M. CHEN
                                             United States District Judge
27

28