UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAD HURST,

        Plaintiff,

    v.

BUCZEK ENTERPRISES, LLC,

        Defendant.
_____/

No. C-11-1379 EMC

**ORDER RE DEFENDANT'S LETTER OF APRIL 3, 2012 AND PARTIES' JOINT LETTER OF APRIL 4, 2012**

**(Docket Nos. 44, 46)**

       Having received the parties' letters of April 3, 2012, and April 4, 2012, the Court hereby orders as follows.

       1.    The subpoena upon Mr. Gomez shall be enforced. Bucsez shall apply for an order to show cause why contempt citation should be not issued.

       2.    The motion to compel Mr. Hurst's tax returns and documentation is denied.

This order disposes of Docket Nos. 44 and 46.

IT IS SO ORDERED.

Dated: April 5, 2012

                                    _____
                                    EDWARD M. CHEN
                                    United States District Judge