UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAD HURST,

        Plaintiff,

    v.

BUCZEK ENTERPRISES, LLC,

        Defendant.
_____/

No. C-11-1379 EMC

**ORDER RE JULY 3, 2012 PRETRIAL CONFERENCE**

At the upcoming pre-trial conference, the parties shall be prepared to discuss whether, and to what extent, Plaintiff performed work for Buczek that did not require a license under the California Business and Professions Code. Specifically, the parties should be prepared to address whether the $500 threshold under Cal. Bus. & Prof. Code § 7048 should be the measuring rod. The parties shall meet and confer in advance of the pre-trial conference and attempt to reach any stipulations on these issues.

IT IS SO ORDERED.

Dated: July 2, 2012

_____
EDWARD M. CHEN
United States District Judge